IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Case No. 5:11-cr-00037-1 |
| | ) | Case No. 5:12-cr-00028-1 |
| | ) | Case No. 5:12-cr-00029-1 |
| | ) | Case No. 5:12-cr-00034-1 |
| v. | ) | |
| | ) | |
| | ) | **FINAL ORDER** |
| | ) | |
| **JAMES LOUIS WHITTLESEY,** | ) | By:   Hon. Michael F. Urbanski |
|     Petitioner. | ) |         United States District Judge |

In accordance with the accompanying Memorandum Opinion entered this day, it is hereby

**ORDERED and ADJUDGED**

that the Clerk **SHALL** update all the dockets with the documents related to the motion to vacate, set aside, or correct sentence; the United States' motion to dismiss is **GRANTED**; Whittlesey's motion to vacate, set aside, or correct sentence is **DISMISSED**; a certificate of appealability is **DENIED**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Whittlesey and counsel of record for the United States.

Entered:  March 13, 2014

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge